STATE v. DUNN

No. 55 PC.

Case below: 37 N.C. App. 742.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 November 1978.

STATE v. HUNT

No. 47 PC.

Case below: 37 N.C. App. 315.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 November 1978. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 November 1978.

STATE v. KEARNEY

No. 67 PC.

Case below: 37 N.C. App. 616.

Application by defendant for further review denied 3 November 1978.

STATE v. LONG

No. 82 PC.

Case below: 37 N.C. App. 662.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 November 1978. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 November 1978.

STATE v. MOORE

No. 91 PC.

Case below: 38 N.C. App. 239.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 3 November 1978.